74 F.3d 1227
 Sparky's Waterfront Saloon, Inc.
v.
Cosmopolitan, Inc., H.E. Lockhart Management, Inc., Lockhart
Development Corp., Arthur Witty, Arthur Witty Real Estate,
St. Thomas Historical Trust, Inc. DeJongh Associates, Robert
C. DeJongh, Armour Enterprises, Inc., Topa Equities, (VI) ltd
 NOS. 94-7508, 95-7124
 United States Court of Appeals,
Third Circuit.
 Dec 08, 1995
 
 Appeal From: D.V.I., No. 91-00059,
 Fullam, J.
 
 
 1
 AFFIRMED.